

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
NO. 13-4346

U.S. OF AMERICA
    V.
ERIC A. FIELDS

### AFFIDAVIT SUPPLEMENT

I, ERIC A. FIELDS DO SWEAR THAT I DO NOT WANT TO WITH DRAW MY MOTION FOR BOND I FILED AS PRO SE AS MY RIGHT. I AM GOING TO FILE THIS MYSELF TO THE COURT, EVEN IF THOUGH THE COURT REQUEST THE APPELLANT COUNSEL, I WANT THE COURT TO PROCEED WITH MY APPEAL OF DETENTION WITH ME, ERIC A. FIELDS IN PRO SE AS APPEARANCE FOR THE RECORD. FURTHER PROPONENT SATH NOT, UNDER THE PENALTY OF PERJURY.

July-5-2013
DATE SENT

*Eric Andre' Fields*
ERIC ANDRE' FIELDS

THANK YOU

NAME: ERIC ANDRE' FIELDS
REG. NO. 55715-056
FEDERAL CORRECTIONAL INSTITUTION
BOX 1000
MORGANTOWN, WEST VIRGINIA 26507-1000

PITTSBURGH PA 150
08 JUL 2013 PM 6 L

INSPECTED

⇔55715-056⇔
Circuit Court Of Appeals
Clerk of the Court
1100 E MAIN ST
u.s. Court House Annex
Richmond, VA 23219-3538
United States

JUL 11 2013

U.S. MARSHALS

23219353899